# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 2012-1670, -1685

NEXTEC APPLICATIONS, INC.,

Plaintiff-Appellant,

v.

BROOKWOOD COMPANIES, INC.,

Defendant-Cross Appellant.

---

Appeals from the United States District Court for the Southern District of New York in Case No. 07-CV-6901, Judge Thomas P. Griesa

---

### DEFENDANT-CROSS APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF BRIEFING TIME; DECLARATION OF DARYL L. JOSEFFER IN SUPPORT THEREOF

Ethan Horwitz
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY10036
ehorwitz@kslaw.com
Tel:  (212) 556-2100
Fax:  (212) 556-2222

Daryl L. Joseffer
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC20006
djoseffer@kslaw.com
Tel:  (202) 737-0500
Fax:  (202) 626-3737

Mary Katherine Bates
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA30309
kbates@kslaw.com
Tel:  (404) 572-4752
Fax:  (404) 572-5100

Adam M. Conrad
KING & SPALDING LLP
100 N Tryon Street, Suite 3900
Charlotte, NC28202
aconrad@kslaw.com
Tel:  (704) 503-2600
Fax: (704) 503-2622

*Counsel for Defendant-Cross Appellant Brookwood Companies Incorporated*

# **CERTIFICATE OF INTEREST**

Counsel for Cross-Appellant Brookwood Companies Incorporated certifies the following:

1. The full name of the party represented by me is Brookwood Companies Incorporated.

2. The name of the real party in interest represented by me is Brookwood Companies Incorporated.

3. Brookwood Companies Incorporated is a wholly owned subsidiary of The Hallwood Group, Inc., a publicly held corporation. No parent corporations or publicly held companies own 10 percent or more of the stock of The Hallwood Group, Inc.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or are expected to appear in this Court are:

   Alston & Bird LLP: Blas P. Arroyo; Jitendra Malik; Thomas J. Parker; Amy S. Manning; Natalie C. Clayton

   King &Spalding LLP: Daryl L. Joseffer; Adam M. Conrad; Ethan Horwitz; Jonathan D. Ball; Hannah Yunkyung Lee; Kevin M. Dinan; Natasha H. Moffitt; Mary Katherine Bates; John A. Calabro

   //

This 13th day of February, 2013.　　　/s/ Daryl L. Joseffer
　　　　　　　　　　　　　　　　　　　Daryl L. Joseffer

## UNOPPOSED MOTION FOR EXTENSION OF BRIEFING TIME

Pursuant to Federal Circuit Rule 26(b) and Federal Rule of Appellate Procedure 26(b), Defendant-Cross Appellant Brookwood Companies Incorporated respectfully moves this Court for an extension of time of 60 days for the filing of its response brief.

Brookwood's response brief is currently due on March 4, 2013. Under the requested 60-day extension, the brief would be due May 3, 2013. (*See* Declaration of D. Joseffer ¶ 2 ("Joseffer Decl.").)

Brookwood has not previously sought an extension of time in this appeal. (*Id.* ¶ 3.) This Court previously granted a 60-day extension for the filing of Plaintiff-Appellant Nextec Applications, Inc.'s opening brief. Nextec does not object to this Motion and does not intend to file a response. (*Id.* ¶ 4.)

Brookwood needs this extension for two reasons. Its appellate counsel are continuing to study the record and issues in this case. And its principal appellate attorney has multiple other briefs due and arguments scheduled in this and other courts over the next two months. (*See id.* ¶ 5.)

DATED: February 13, 2013.

                                        Respectfully submitted,

                                        /s/ Daryl L. Joseffer
                                        Daryl L. Joseffer
                                        KING & SPALDING LLP
                                        1700 Pennsylvania Avenue, N.W.

Washington, DC 20006
djoseffer@kslaw.com
Tel: (202) 737-0500
Fax: (202) 626-3737

Ethan Horwitz
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
ehorwitz@kslaw.com
Tel: (212) 556-2100
Fax: (212) 556-2222

Adam M. Conrad
KING & SPALDING LLP
100 N Tryon Street, Suite 3900
Charlotte, NC 28202
aconrad@kslaw.com
Tel: (704) 503-2600
Fax: (704) 503-2622

Mary Katherine Bates
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
kbates@kslaw.com
Tel: (404) 572-4752
Fax: (404) 572-5100

# CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing Motion upon counsel of record through the Court's ECF system upon:

Nagendra Setty
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
nsetty@sheppardmullin.com
(415) 434-3947

Edward V. Anderson
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
379 Lytton Ave.
Palo Alto, CA 94301
evanderson@sheppardmullin.com
(650) 815-2600

Stephen S. Korniczky
Michael Murphy
Daniel Nicholas
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130
skorniczky@sheppardmullin.com
(858) 509-3961

*Counsel for Plaintiff-Appellant Nextec Applications, Inc.*

This 13th day of February 2013.          /s/ Daryl L. Joseffer
                                         Daryl L. Joseffer